| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CSBN 212020)<br>Chief, Criminal Division |
| 4 | ALICIA W. FENRICK (CSBN 193860)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94618<br>Telephone: (510) 637-3680 |
| 7 | FAX: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-00777 DLJ |
| Plaintiff, | ) ) | STIPULATION AND **ORDER**<br>VACATING TRIAL DATE AND |
| v. | ) ) | SETTING THE MATTER FOR STATUS |
| DAVID BAILEY, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby stipulated by and between the parties that the pre-trial conference and trial dates currently scheduled for August 3, 2007 and August 6, 2007, respectively, be vacated and that the matter be set for status on Friday August 10, 2007 at **9:00 a.m.**  The reason for the requested continuance is that the parties are negotiating a disposition of this matter without the necessity of trial will need to exchange additional discovery. The parties request that time be excluded under the Speedy Trial Act to allow for effective preparation of counsel to August 10, 2007 per 18 U.S.C. § 3161(h)(8) (A) and (B)(iv).

//

//

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING
THE MATTER FOR STATUS

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: July 30, 2007 | /S/<br>ALICIA W. FENRICK<br>Assistant United States Attorney |
| DATED: July 30, 2007 | /S/<br>RUBEN MUÑOZ<br>Counsel for Defendant |

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the current pretrial conference scheduled for August 3, 2007 and trial currently scheduled for August 6, 2007 are hereby VACATED and this matter is set for trial on Friday, August 10, 2007 at **9:00 a.m.**  IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to August 10, 2007 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for the effective preparation of counsel under 18 U.S.C. §3161(h)(8) (A) and (B)(iv).

DATED: July 31, 2007

D. LOWELL JENSEN
United States District Judge

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING THE MATTER FOR STATUS