**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff**,**<br>v.<br>**DAVID CHARLES BAILEY,**<br>Defendant**.** | CASE NOS. 06-cr-00777-YGR<br>07-cr-00779-YGR<br>**ORDER DENYING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

Before the Court is defendant David Charles Bailey's motion for early termination of his supervised release, filed in both of the above-captioned cases. In weighing the relevant factors set forth in 18 U.S.C. section 3553(a), the Court finds that Bailey has not demonstrated changed circumstances that would render the term of supervised release either too harsh or inappropriately tailored to serve the general punishment goals of section 3553(a). *See United States v. Miller*, 205 F.3d 1098, 1101 (9th Cir. 2000). Bailey's conduct while on supervised release, though commendable, is expected from a person on supervision and does not constitute exceptional behavior that would warrant early termination of supervised release. *See United States v. Bauer*, CR 09-980 EJD, 2012 WL 1259251, at *2 (N.D. Cal. Apr. 13, 2012) ("[C]ompliance with release conditions, resumption of employment and engagement of family life [] are expected milestones rather than a change of circumstances rendering continued supervision no longer appropriate."); *United States v. Grossi*, CR 04-40127 DLJ, 2011 WL 704364, at *2 (N.D. Cal. Feb. 18, 2011) ("Mere compliance with the terms of supervised release is what is expected, and without more, is insufficient to justify early termination."). Accordingly, Bailey's motion is **DENIED**.

\\

\\

\\

1 | This Order terminates Docket Number 86 in criminal action 06-cr-00777-YGR and Docket
2 | Number 56 in criminal action 07-cr-00779-YGR.

**IT IS SO ORDERED.**

Dated: February 6, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California